FILED
CHARLOTTE, N. C.

JUL -7 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:05CV79-T

| | |
|---|---|
| ROBERT D. GREEN and PAMELA W. GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG, LLP, WACHOVIA BANK, N.A., successor by merger to FIRST UNION NATIONAL BANK, N.A., Q.A. INVESTMENTS, LLC, and QUELLOS GROUP, LLC,<br><br>Defendants. | STIPULATION AND CONSENT ORDER DISMISSING CLAIMS AGAINST WACHOVIA BANK, NATIONAL ASSOCIATION, WITH PREJUDICE |

Plaintiffs Robert D. and Pamela W. Green, through counsel, hereby stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that all claims asserted in the above-captioned matter against defendant Wachovia Bank, National Association f/k/a First Union National Bank ("Wachovia") are hereby dismissed, with prejudice, with full reservation by the plaintiffs of all their rights and claims against the other defendants in this action. The plaintiffs further stipulate that they will not seek any award of costs or fees from Wachovia. Wachovia joins in this stipulation, through counsel.

This 28 day of June, 2005.

W. James Chandler
Attorney for Plaintiffs

508 E. Fourth Street
P.O. Box 34097
Charlotte N.C. 28234
704-376-6552

C-937467v1

*(signature)*

Robert W. Fuller
N.C. Bar No. 10887
Katherine Gordon Maynard
N.C. Bar No. 26837

Attorneys for Wachovia Bank, National Association

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
704.377.2536

## ORDER

The above Stipulation is hereby approved and entered as an Order of this Court, effective this _7th_ day of _July_, 2005.

*(signature)*
United States District Judge