# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No: 3:05CV79

**ROBERT D. and PAMELA W. GREEN,**

                       **Plaintiffs,**

v.                                          **ORDER**

**KPMG, LLP,** *et al.*,

                       **Defendants.**

Having considered the plaintiffs' Consent Motion to Permit One Document to be Filed Under Seal, it is hereby:

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that plaintiff or Wachovia Bank, N.A. may file their Settlement Agreement in this case under seal; and

**ORDERED** that any party or Wachovia may file submissions regarding the Settlement Agreement in this case under seal.

       **SO ORDERED**.

C-964002v1 15203.00105

**Signed: December 16, 2005**

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge