IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv79, 3:05cv80, 3:05cv87

| | |
|---|---|
| ROBERT D. GREEN et al, </br>     Plaintiffs, </br>  v. </br>  </br> KPMG, LLP et al, </br>     Defendants. </br>  </br>     And </br>  </br> JAMES E. GREEN et al, </br>     Plaintiffs, </br>  </br>  v. </br>  </br> KPMG, LLP et al, </br>     Defendants. </br>  </br>     And </br>  </br> STEPHEN R. PUCKETT et al, </br>     Plaintiffs, </br>  </br>  v. </br>  </br> KPMG, LLP et al, </br>     Defendants. | <u>ORDER</u> |

**THIS MATTER** comes before the Court sua sponte for purposes of recusal in the above-captioned cases and reassignment to another judge.

The Clerk of Court is hereby directed to reassign the above-captioned cases to another judge.

Signed: March 24, 2006

*[signature]*

Robert J. Conrad, Jr.
United States District Judge